IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAHANBAKHSH B. DARDRAS and | § | CASE NO. 18-41380 |
| ANDREA S. SCHMITTGEN-DARDRAS | § | (Chapter 7) |
| | § | |
| DEBTORS. | § | |

## NOTICE OF CREDITOR ADDRESS CHANGE

Please take notice of the corrected address of creditor, Rasoul Jabari and Akram Mirdamadiha.

New Address:    Rasoul Jabari and Akram Mirdamadiha
c/o Scheef & Stone, LLP
2600 Network Blvd, #400
Frisco, TX 75034

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By:  /s/ Christopher J. Moser
       Christopher J. Moser; TBN 14572500

ATTORNEYS FOR THE DEBTORS

**NOTICE OF CREDITOR ADDRESS CHANGE – Page Solo**